SH

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>NASRA AHMED | **FILED UNDER SEAL PURSUANT TO ORDER**<br><br>Case No. 26-mj-024 (DLM) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 14, 2026, in the State and District of Minnesota, defendant, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, to wit: a Deportation Officer of Immigration and Customs Enforcement, who was engaged in the performance of official duties, and caused physical contact; all in violation of Title 18, United States Code, § 111(a)(1).

I further state that I am an HSI Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

*Complainant's signature*

Bronson D. Day, Special Agent
Homeland Security Investigations
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Date: 1/20/26

*Judge's Signature*

City and State: St. Paul, MN

The Honorable Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*