STATE OF MINNESOTA    )
                      )  ss.  AFFIDAVIT OF BRONSON D. DAY
COUNTY OF HENNEPIN    )

1.  I am employed by the Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) and have been so employed since March 2020. I graduated from the Criminal Investigator Training Program (CITP) on November 18, 2020, and Homeland Security Investigations Special Agent Training (HSISAT) on February 27, 2021. Both were located at the Federal Law Enforcement Training Center (FLETC), located at Glynco, Georgia. During that time, I completed training in surveillance, search and arrest warrants, federal laws enforced by HSI, and federal criminal procedures. Prior to my tenure as a Special Agent, I was a United States Border Patrol agent for nine (9) years where I attended and graduated the Border Patrol Academy at (FLETC) in Artesia, NM. In my professional experience, I have conducted multiple criminal investigations for federal violations including, but not limited to, narcotics smuggling, sex trafficking, possession and production of child sexual abuse material, and assaults of federal officers.

2.  This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Nasra AHMED for assault of a federal officer in violation of Title 18, United States

Code, Section 111(a).

3. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings. This affidavit does not include all of the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

4. On January 14, 2026, Deportation Officers with Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) were conducting a targeted operation and were conducting a knock and talk but were unsuccessful.

5. As officers returned to their vehicles an unidentified female, later identified by Law Enforcement Officers as Nasra AHMED approached the officers and began yelling obscenities.

6. At this moment Deportation Officer 1 (DO1) observed AHMED raise her arm and make a throwing motion. At this moment, another Deportation Officer (DO2) was hit in the leg, with what was later identified as an egg.

7. DO1, DO2, and two additional Deportation officers approached AHMED and began to place AHMED under arrest. DO1 stated that AHMED was non-compliant and struggled with officers by attempting to withhold her

arms from being handcuffed. After AHMED was secured in handcuffs and was being helped off the ground, she turned her head toward DO1 and spit in his face.

8.  AHMED was helped to her feet and after continuing to yell at officers, she turned and spit towards another officer.

9.  DO1 recorded the incident on his government issued cellphone. I reviewed the video footage recorded of the incident and observed the following: I heard a female yelling at Deportation Officers and then heard a sound that I recognized as an egg being smashed. I also observed the struggle between AHMED and Deportation Officers and heard AHMED say, "I have zero regrets." While AHMED was handcuffed on the ground, I observed officers roll AHMED to her side and after AHMED went out of frame, I heard a sound that I recognized as someone spitting. I observed AHMED, after being helped to her feet, make a motion with her head towards a deportation officer and as she moved out of frame, I heard the sound consistent with someone spitting.

10. In the video of the incident, I observed the Deportation Officers wearing full duty gear with clear marking identifying them as law enforcement officers.

## CONCLUSION

11. Based on the information set forth above, there is probable cause

to believe that the Defendant, Nasra AHMED, violated Title 18, United States Code, Section 111, and that the act involved contact with the victim and the intent to commit another felony.

Further your Affiant sayeth not.

_____
Bronson D. Day
Special Agent, HSI

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
January 20, 2026

_____
DOUGLAS L. MICKO
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA