UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-24 (JRT/ECW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.          **NOTICE OF SUBSTITUTION**

NASRA AHMED,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

John R. Arboleda

<u>Remove AUSA</u>

Kristian C.S. Weir

Dated: February 5, 2026          Respectfully submitted,

                                           DANIEL N. ROSEN
                                           United States Attorney

                                           *s/John R. Arboleda*
                            BY:    John R. Arboleda
                                             Special Assistant U.S. Attorney