UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION      26-mj-24  JRT/ECW |
| Plaintiff, | ) | 18 U.S.C. § 111(a)(1) |
| v. | ) | |
| NASRA AHMED, | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 14, 2026, in the State and District of Minnesota, the defendant,

**NASRA AHMED,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, a Deportation Officer of Immigration and Customs Enforcement, while such officer and employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).



SCANNED
FEB 0 6 2026
U.S. DISTRICT COURT MPLS

Dated: February 6, 2026	DANIEL N. ROSEN
	United States Attorney

	/s/   *John Arboleda*
	BY:   JOHN ARBOLEDA
	Special Assistant United States Attorney