UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-mj-24 (JRT/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S SUPPLEMENTAL** |
| | ) | **MOTION TO COMPEL** |
| NASRA AHMED, | ) | **DISCOVERY** |
| | ) | |
| Defendant. | ) | |

Defendant Nasa Ahmed, through undersigned counsel, hereby moves the Court

pursuant to Federal Rule of Criminal Procedure 16(a), <u>Brady</u>, and <u>Giglio</u> and other

applicable law, for an Order compelling the United States to disclose the following

materials relevant to this case:

(1) Disclosure of the identity of any DHS agents, U.S. Marshal personnel, or

other government personnel who participated, took, or appeared in the staged

photo of Ms. Ahmed after her self-surrender;

(2) Disclosure of any communications by any officials at the Department of

Justice or DHS regarding the publication of Ms. Ahmed's photo by Attorney

General Bondi's X account or DHS's X account, or the timing of Ms. Ahmed's charging

and self-surrender.

The grounds for this Motion are the requested disclosure is relevant and necessary

to Defendant's Supplement to Motion to Dismiss for Outrageous Conduct. This Motion is

based on all files, records, proceedings and any arguments of counsel at the forthcoming hearing.

Dated:  April 23, 2026                          LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner
JORDAN S. KUSHNER
Attorney ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota  55415
(612) 288-0545
jskushner@gmail.com