UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-024 (JRT/ECW)

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

NASRA AHMED,

        Defendant.

**GOVERNMENT'S OBJECTION TO DEFENDANT'S LATE FILINGS**

The Court in this matter set a deadline for pretrial motions of April 3, 2026. *See* ECF. No 29, Case Management Order, ¶ 1.  Now—twenty days late, and the day before the motions hearing—the Defendant, Nasra Ahmed, filed an untimely Supplemental Motion to Dismiss and Supplemental Motion for Discovery. ECF Nos. 43 and 47.

The United States opposes Ahmed's late motions and requests this Court reject her late filing under Fed. R. Crim. Pro. 45(b), because no good cause has been shown, nor did the defense file a motion requesting permission for the late filing. If this Court allows Ahmed's late motions, the United States respectfully requests time to respond to the merits of his motion before the

motions hearing proceeds. If the motions are accepted, the government requests two weeks to permit time to review the motions and respond.

Dated: April 23, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/Robert G. Tucker III*
BY: ROBERT G. TUCKER III
Special Assistant U.S. Attorney
Bar # 24136128TX
Cell: 202-230-4022
Email: robert.tucker@usdoj.gov

2