UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-024 (JRT/ECW)

UNITED STATES OF AMERICA,

Plaintiff,

v.

NASRA AHMED,

Defendant.

**GOVERNMENT'S OBJECTION TO DEFENDANT'S LATE FILINGS**

The Court in this matter set a deadline for pretrial motions of April 3, 2026. *See* ECF. No 29, Case Management Order, ¶ 1. Now—twenty days late, and the day before the motions hearing—the Defendant, Nasra Ahmed, filed an untimely Supplemental Motion to Dismiss and Supplemental Motion for Discovery. ECF Nos. 43 and 47.

The United States opposes Ahmed's late motions and requests this Court reject her late filing under Fed. R. Crim. Pro. 45(b), because no good cause has been shown, nor did the defense file a motion requesting permission for the late filing. If this Court allows Ahmed's late motions, the United States respectfully requests time to respond to the merits of his motion before the

1

motions hearing proceeds. If the motions are accepted, the government requests two weeks to permit time to review the motions and respond.

Dated: April 24, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

_s/Robert G. Tucker III_
BY: ROBERT G. TUCKER III
Special Assistant U.S. Attorney
Bar # 24136128TX
300 South 4th Street
6th Floor
Minneapolis, MN 55415
202-230-4022
Email: robert.tucker@usdoj.gov