# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTIONS MINUTES- HEARING

United States of America,

                          Plaintiff,

v.

Nasra Ahmed,

                          Defendant.

**COURT MINUTES**
BEFORE:  ELIZABETH COWAN WRIGHT
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-mj-00024 (JRT/ECW) |
| Date: | April 24, 2026 |
| Court Reporter: | Lynne Krenz |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 9:38 a.m. |
| Time Concluded: | 10:27 a.m. |
| Time in Court: | 49 Minutes |

APPEARANCES:

Plaintiff:     Robert Tucker, Special Assistant U.S. Attorney and Bradley Endicott, Assistant U.S. Attorney

Defendant:   Jordan Kushner on behalf of Nasra Ahmed, who was present at the hearing

**<u>Motions Hearing</u>**

Hearing held on April 24, 2026 on: Defendant Nasra Ahmed's Motion to Compel Discovery (Dkt. 31), Motion for Early Disclosure of Jenks Act Material (Dkt. 32), Motion to Dismiss Charge for Outrageous Government Conduct and for Evidentiary Hearing (Dkt. 33), Motion to Disqualify Government's Counsel (Dkt. 34), Supplemental Motion to Dismiss Charge for Outrageous Government Conduct (Dkt. 43) and Supplemental Motion to Compel Discovery (Dkt. 47).

The Court granted in part the Motion to Compel Discovery (Dkt. 31) insofar as the Court granted the Motion with respect to paragraphs 1 and 6, and with respect to paragraph 8 as limited by the Court on the record.   The Government's disclosures are due on May 12, 2026. The Court deferred ruling on the Motion to Compel Discovery in all other respects pending further briefing.   The Court denied the Motion for Early Disclosure of Jenks Act Material (Dkt. 32).   The Court granted Defendant's request to file Docket Entries 45 and 46 under seal.   The Court deferred ruling on all other motions pending further briefing, and will set an additional hearing in this matter following additional briefing.

Defendant's supplemental brief is due on or before **<u>May 15, 2026</u>**.
The Government's supplemental brief is due on or before **<u>June 5, 2026.</u>**

☐ ORDER TO BE ISSUED ☐ R&R TO BE ISSUED
☐ Exhibits retained by the Court ☐ Exhibits returned to counsel
☐ Text order to be entered by Clerk's Office

_____ s/MS
Signature of Law Clerk