UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-24

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NASRA AHMED,

        Defendant.

**NOTICE OF APPEARANCE**

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Bradley M. Endicott (co-counsel)

Dated: April 30, 2026

        Respectfully submitted,

        DANIEL N. ROSEN
        United States Attorney

        *s/Bradley M. Endicott*
BY:  BRADLEY M. ENDICOTT
        Assistant U.S. Attorney
        600 U.S. Courthouse
        300 S. 4th Street
        Minneapolis, MN 55415
        Attorney reg: 349872
        Bradley.endicott@usdoj.gov